IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | )    8:96CR31 |
| v. | ) |
| | ) |
| Irene Piper | ) |
| Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| Beatrice Freight Line, Inc. | ) |
| Garnishee. | ) |

ORDER TO ISSUE WRIT OF
CONTINUING GARNISHMENT

This matter comes before this Court on the Application For Writ of Continuing Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Continuing Garnishment against Beatrice Freight Line, Inc., the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Beatrice Freight Line, Inc., whose address is P.O. Box 29136, Lincoln, Nebraska 68529.

DATED this 13th day of July, 2005.

BY THE COURT:


s/ Joseph F. Bataillon
JUDGE, U. S. DISTRICT COURT