IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:96CR31 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| IRENE PIPER, | ) | ORDER TO RELEASE |
| | ) | GARNISHMENT |
| Defendant. | ) | |

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against the Irene Piper, and for good cause shown,

IT IS HEREBY ORDERED that the garnishment against Beatrice Freight Line, Inc., is released.

DATED this 19th day of August, 2005.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
JUDGE, U. S. DISTRICT COURT